UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – TRENTON VICINAGE

| | |
|---|---|
| CLAUDETTE FALACK,<br><br>             Plaintiff(s),<br><br>vs.<br><br>CHASE BANK USA, N.A. and JOHN DOES 1-25,<br><br>             Defendant(s). | Case No. 16-CV-04964-BRM-DEA<br><br>**NOTICE OF SETTLEMENT** |

Defendant Chase Bank USA, N.A. ("Chase"), by and through its attorneys, The Law Office of Christopher B. Turcotte, P.C., hereby notifies this Court that Chase and plaintiff Claudette Falack have settled all claims between them in this Action. The parties are in the process of completing the final settlement documents and filing the dismissal. Chase anticipates that a stipulation of dismissal, with prejudice, will be filed within 30 days. Accordingly, Chase requests excusal from any upcoming filing and appearance requirements.

Dated: April 10, 2017

THE LAW OFFICE OF
CHRISTOPHER B. TURCOTTE, P.C.
*Attorneys for Defendant Chase Bank USA, N.A.*

By:    /s/Christopher B. Turcotte
Christopher B. Turcotte
575 Madison Avenue, Suite 1006
New York, NY 10022
Telephone: (212) 937-8499

## **CERTIFICATE OF SERVICE**

I certify that on April 10, 2017, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Christopher B. Turcotte
Christopher B. Turcotte
575 Madison Avenue, Suite 1006
New York, New York  10022
(212) 937-8499
