UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – TRENTON VICINAGE

| | |
|---|---|
| CLAUDETTE FALACK,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CHASE BANK USA, N.A. and JOHN DOES 1-25,<br><br>　　　　　　Defendant(s). | Case No. 16-CV-04964-BRM-DEA<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

WHEREAS, the parties in the above-captioned action wish to discontinue this action; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Claudette Falack ("Falack") and defendant Chase Bank USA, N.A. ("Chase"), that, pursuant to FRCP 41(a)(1)(A)(ii), the claims by Falack against Chase in the captioned matter having been settled, all causes of action brought by Falack against Chase in this proceeding are hereby discontinued in their entirety, with prejudice, and without costs to either party.

Dated: April 07, 2017

| | |
|---|---|
| LAW OFFICES OF BENJAMIN G. KELSEN, ESQ. LLC<br>*Attorneys for Plaintiff Claudette Falack*<br><br>By: _____<br>　　　Benjamin G. Kelsen<br>1415 Queen Anne Road, Suite 206<br>Teaneck, New Jersey  07666<br>(201) 692-0073 | THE LAW OFFICE OF CHRISTOPHER B. TURCOTTE, P.C.<br>*Attorneys for Defendant Chase Bank USA, N.A.*<br><br>By: _____<br>　　　Christopher B. Turcotte<br>575 Madison Avenue, Suite 1006<br>New York, New York  10022<br>(212) 937-8499 |

It is so ordered this 5th day of June, 2017.

_____
Brian R. Martinotti, U.S.D.J.